```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK


UNITED STATES OF AMERICA      *    Case No. 09-MJ-750 (RML)
                              *
                              *    Brooklyn, New York
                              *    January 12, 2010
     v.                       *
                              *
RALF TREIMAN,                 *
                              *
             Defendant.       *
                              *
* * * * * * * * * * * * * * * *

         TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
              BEFORE THE HONORABLE LOIS BLOOM
              UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Government:           AMIR TOOSSI, ESQ.
                              Asst. United States Attorney
                              United States Attorney's
                               Office
                              271 Cadman Plaza
                              Brooklyn, NY 11201


For the Defendant:            MICHAEL K. SCHNEIDER, ESQ.
                              Federal Defenders of
                                New York, Inc.
                              16 Court Street
                              Brooklyn, NY  11241




Proceedings recorded by electronic sound recording,
transcript produced by transcription service.
```

**Fiore Reporting and Transcription Service, Inc.**
**4 Research Drive, Suite 402**
**Shelton, Connecticut 06484 (203)929-9992**

2

1  (Proceedings commenced at 4:02 p.m.)
2  THE CLERK:  Criminal cause for arraignment, USA
3  versus Ralf Treiman, 09-750.
4  Appearances for the record?
5  MR. TOOSSI:  Amir Toossi for the government.
6  Good afternoon, Your Honor.
7  MR. SCHNEIDER:  Federal Defenders by Michael
8  Schneider for Mr. Treiman.  Good afternoon.
9  THE COURT:  Good afternoon.  Good afternoon, Mr.
10  Treiman.
11  Mr. Treiman, the purpose of today's proceeding is
12  to make sure that you understand the nature of the charges
13  that are being made against you by the United States and to
14  make sure that you understand that you have certain
15  Constitutional rights.
16  First, you have the right to be represented by an
17  attorney at today's proceeding and at all future
18  proceedings before this Court.
19  Towards that end, you filled out a financial
20  affidavit when you met with Pre-Trial Services which states
21  that you are not presently employed.
22  The Court finds that you would be unable to
23  afford to retain counsel and the Court appoints the Federal
24  Defenders of New York to be your attorney in today's
25  proceeding and in all future proceedings in this Court

1    arising out of these charges.
2        You have the right to remain silent.  If you
3    started to make a statement, you may stop.  Any statement
4    that you do make to anyone other than your attorney can be
5    used against you.
6        Do you understand that you have the right to
7    counsel and the right to remain silent, sir?
8        THE DEFENDANT:  (Inaudible.)
9        THE COURT:  Mr. Treiman, have you had the
10   opportunity to review the complaint and affidavit that have
11   been filed against you with your attorney?
12       THE DEFENDANT:  (Inaudible.)
13       THE COURT:  Do you understand the charges, sir?
14       THE DEFENDANT:  (Inaudible.)
15       THE COURT:  And Mr. Schneider, have you had the
16   opportunity to review the complaint and affidavit in
17   support of the application for the arrest warrant with Mr.
18   Treiman?
19       MR. SCHNEIDER:  Yes, I have.
20       THE COURT:  Do you believe he understands the
21   charges?
22       MR. SCHNEIDER:  Yes.
23       THE COURT:  What is the government's position on
24   the question of detention or bail?
25       MR. TOOSSI:  Your Honor, the government would

1    request a permanent order of detention.
2             The defendant not only is here -- he here on a
3    writ from State court, but he has no legal status in the
4    United States.  He does not have any real community ties.
5             He does not have any family in the United States
6    and he did state to Pre-Trial that his girlfriend is living
7    in Estonia, does not have employment here.
8             Just for those reasons, the government would
9    request a permanent order of detention.
10            THE COURT:  Mr. Schneider, is there any
11   application today?
12            MR. SCHNEIDER:  No, Your Honor.  I understand Mr.
13   Treiman is held without bail in New York State Supreme
14   Court so I'm not making a bail application here.
15            THE COURT:  Mr. Treiman, I am going to order that
16   you be detained pending your trial on these charges.
17       However, I am granting you leave to present a bail
18   package in the future should your circumstances change.
19            Mr. Schneider, what is your client's position
20   with respect to any preliminary hearing?
21            MR. SCHNEIDER:  We'll waive the preliminary
22   hearing.
23            THE COURT:  The preliminary hearing is waived.
24   Is there any other matter that needs to be addressed today
25   on behalf of the United States?

5

1        MR. TOOSSI:  No, Your Honor.
2        THE COURT:  Any other matter on behalf of Mr.
3    Treiman?
4        MR. SCHNEIDER:  Well, Mr. Treiman is interested
5    to know whether the government is going to satisfy the writ
6    and he's going to go back to Rikers Island or whether
7    they're going to keep him at the MDC.
8        THE COURT:  At the MDC?
9        MR. SCHNEIDER:  Yes.
10       MR. TOOSSI:  Your Honor, I actually -- I assume
11   that we would be keeping him at the MDC until --
12       THE COURT:  He's indicted.
13       MR. TOOSSI:  -- his case -- until he's indicted.
14       THE COURT:  And it would require somebody to sign
15   to satisfy the writ --
16       MR. TOOSSI:  Correct.
17       THE COURT:  -- and the writ is in the file but
18   I'm not signing to say that it's been satisfied at the
19   moment.  It hasn't been presented to me for such purpose.
20       MR. SCHNEIDER:  I understand.
21       THE COURT:  So for the short term, Mr. Treiman,
22   the answer is you'll probably be at MDC.  I can't answer
23   for the long term.
24          Okay?  With that, we are adjourned.  Thank you.
25       (Proceedings concluded at 4:05 p.m.)

6

1   I, CHRISTINE FIORE, court-approved transcriber and
2   certified electronic reporter and transcriber, certify that
3   the foregoing is a correct transcript from the official
4   electronic sound recording of the proceedings in the above-
5   entitled matter.

6
7   *Christine Fiore*
8   _____          May 15, 2010
9        Christine Fiore, CERT